UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 14916
   ROBERT P GRATZKE JR
   KELLY L GRATZKE                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-3176    SSN XXX-XX-4269
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 04/18/05 and confirmed on 06/15/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 18460.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| BANK FINANCIAL | MORTGAGE ARRE | 7830.11 | .00 | 7830.11 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2921.09 | .00 | 2921.09 |
| ONYX ACCEPTANCE CORP | UNSECURED | 4599.55 | .00 | 4599.55 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7830.11 | .00 | 7520.64 | .00 | 15350.75 |
| PRINCIPAL PAID | 7830.11 | .00 | 7520.64 | .00 | 15350.75 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7830.11 | .00 | 7520.64 | .00 | 15350.75 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY            , was allowed $ 2400.00 and was paid $    500.00   direct and $   1900.00   through the plan.

The Trustee received $     610.65 .

Refunds to the Debtor totaled $    598.60 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
   Dated: 10/11/07                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 05 B 14916 ROBERT P GRATZKE JR & KELLY L GRATZKE